# United States Court of Appeals
## For the First Circuit

No. 24-1411

DAVID BONIFACE; NISSANDÈRE MARTYR; JUDERS YSEMÉ,

Plaintiffs, Appellees,

v.

JEAN MOROSE VILIENA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 21, 2025, is amended as follows:

On page 46, line 20, replace "(1994)" with "(1st Cir. 1994)"